## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CHRIS JACKSON, AN INDIVIDUAL; AND AMERICANA LLC, D/B/A PRUDENTIAL AMERICANA GROUP REALTORS,<br>        Appellants/Cross-Respondents,<br>vs.<br>RACOON ENTERPRISES, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND LUCKY CAB CO., A NEVADA DOMESTIC CORPORATION,<br>        Respondents/Cross-Appellants. | No. 72113 ✓<br><br>**FILED**<br><br>SEP 27 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |
| CHRIS JACKSON, AN INDIVIDUAL; TONY STACK, AN INDIVIDUAL; AMERICANA LLC, D/B/A PRUDENTIAL AMERICANA GROUP REALTORS,<br>        Appellants/Cross-Respondents,<br>vs.<br>RACOON ENTERPRISES, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND LUCKY CAB CO., A NEVADA DOMESTIC CORPORATION,<br>        Respondents/Cross-Appellants. | No. 73081 |

## *ORDER DISMISSING APPEALS AND CROSS-APPEALS*

Pursuant to the stipulation of the parties, and cause appearing, these appeals and cross-appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. Joseph T. Bonaventure, Senior Judge
       Ara Shirinian, Settlement Judge
       Lewis Roca Rothgerber Christie LLP/Las Vegas
       Olson, Cannon, Gormley, Angulo & Stoberski
       Jason Awad & Associates
       Emerson Law Group
       Lemons, Grundy & Eisenberg
       Eighth District Court Clerk